In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, Petitioner, for a Prohibition Order against The HON. HENRY G. WENZEL, JR., Individually and as Justice of the Supreme Court of the State of New York, Sitting in Special Term, Part I of the Supreme Court of the State of New York, Queens County, and Each and Every Justice of the Supreme Court of the State of New York Sitting in Special Term, Part I of the Supreme Court of the State of New York, Queens County, and MARTIN " BUGGSEY " GOLDSTEIN and

SEYMOUR MAGOON, Respondents.— Order of prohibition granted as a matter of law and not in the exercise of discretion. Accepting the version of the facts of respondents Goldstein and Magoon, they have a complete remedy by appeal. There is no necessity for an alternative order. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.